OPINION — AG — ** RESIDENCE — SCHOOL ** WHERE THERE IS A CONTROVERSY AS TO WHETHER THE PARENTS OF A CHILD HAVE MOVED FROM A SCHOOL DISTRICT IN ONE COUNTY TO A SCHOOL DISTRICT IN ANOTHER COUNTY, THE DECISION AS TO RESIDENCE SHOULD BE MADE BY THE COUNTY SUPERINTENDENT OF SCHOOLS OF THE COUNTY IN WHICH THE CHILD ATTENDS, OR SEEKS TO ATTEND, SCHOOL. (JURISDICTION, RESIDENCY, ATTENDANCE, ELIGIBILITY) CITE: 70 O.S. 1-14 [70-1-14] (J. H. JOHNSON)